

| | | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Acting Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Yini Zhang<br>Senior Counsel<br>yinzhan@law.nyc.gov<br>Phone: (212) 356-3541 |

September 17, 2024

**BY ECF**
Honorable Valerie E Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Thorn Lawless v. The City of New York et al.</u> 23-CV-09106 (VEC)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. I write pursuant to Local Civil Rule 1.4 to respectfully request that the Court substitute the undersigned as counsel of record on behalf of Defendants the City of New York, Diarmuid O'Sullivan, and Daniel Magee, in place of Peter Scutero. Simultaneously herewith, I am filing a notice of substitution of counsel and an affidavit in support of this motion. Further, Defendants respectfully request that Mr. Scutero be terminated from the docket and removed as an attorney of record in this matter.

    Thank you for your time and consideration of this matter.

                                           Respectfully submitted,

                                           Respectfully submitted,

                                 /s/ *Yini Zhang*

                                           Yini Zhang
                                           Senior Counsel
                                           Special Federal Litigation Division

cc:    *Counsels of Record* **(BY ECF)**