UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THORN LAWLESS,

                              Plaintiff,

      -against-

THE CITY OF NEW YORK, NYPD DEPUTY INSPECTOR DANIEL G. MAGEE (TAX 930622), NYPD OFFICER DIARMUID O'SULLIVAN (TAX 952078), MEMBER F/N/U ALVAREZ, AND NYPD MEMBER DOES 1-3,

                            Defendants.

NOTICE FOR SUBSTITUTION OF COUNSEL

23-cv-09106 (VEC)

---

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of PETER SCUTERO, as counsel of record on behalf of defendants City of New York, Diarmuid O'Sullivan and Daniel Magee:

           **Yini Zhang**
           *Senior Counsel*
           New York City Law Department
           100 Church Street, Room 3-178
           New York, New York 10007
           T: (212) 356-3541
           E: yinzhan@law.nyc.gov

From this date forward, please terminate PETER SCUTERO from the docket as counsel of record and replace her with Yini Zhang.

Dated: New York, New York
       September 17, 2024

                                      MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, O'Sullivan, and Magee*

By:      *s/ Yini Zhang*
      Yini Zhang
      *Senior Counsel*
      Special Federal Litigation Division

cc:    *Counsels of Record* **(BY ECF)**