UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THORN LAWLESS,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD DEPUTY INSPECTOR DANIEL G. MAGEE (TAX 930622), NYPD OFFICER DIARMUID O'SULLIVAN (TAX 952078), MEMBER F/N/U ALVAREZ, AND NYPD MEMBER DOES 1-3,

                          Defendants.

**AFFIDAVIT FOR SUBSTITUTION OF COUNSEL**

23-cv-09106 (VEC)

---

I, **PETER SCUTERO**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

    1.    I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, I am counsel of record in this action.

    2.    I will be leaving the New York City Law Department on or about July 19, 2024, after which time I will have no involvement whatsoever in this matter.

    3.    The representation of Defendants in this matter has been transferred to another Assistant Corporation Counsel at the New York City Law Department, who is filing a notice of substitution of counsel along with this declaration.

    4.    Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the Notice of Substitution of Counsel.

Dated: July 19, 2024
          New York, New York

                                                  *Peter Scutero*  /s/
                                                  Peter Scutero